Larry M. Kazanjian, SBN: 071441
Alexandra M. Asterlin, SBN: 221286
**PALMER KAZANJIAN WOHL HODSON LLP**
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorneys for Defendants
NORTHERN CALIFORNIA TILE AND STONE,
INC., a California corporation; ROGER
WAYNE LEASURE III

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND; TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND: TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND: and TRUSTEES of the NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN CALIFORNIA TILE AND STONE, INC., a California corporation; SALENA ROSE LEASURE; ROGER WAYNE LEASURE III; and DOES 1-20<br><br>Defendants. | Case No. 3:19-cv-00628-JD<br><br>**STIPULATION AND JOINT ADMINISTRATIVE MOTION FOR [proposed] ORDER REVISING PRETRIAL SCHEDULE**<br>(Local Rules 7-11 and 7-12) |

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION AND JOINT ADMINISTRATIVE MOTION FOR [proposed]
ORDER REVISING PRETRIAL SCHEDULE

## STIPULATION and JOINT ADMINISTRATIVE MOTION

On October 9, 2019, the Court issued a revised case-management Scheduling Order setting the following dates:

### CURRENT SCHEDULE

| Event | Deadline |
|---|---|
| Fact discovery cut-off | April 3, 2020 |
| Expert disclosures | May 1, 2020 |
| Rebuttal expert disclosures | June 5, 2020 |
| Expert discovery cut-off | July 2, 2020 |
| Last day to file summary judgment and *Daubert* motions | July 16, 2020 |
| Pretrial conference (if warranted after summary judgment) | February 1, 2021 @ 1:30 p.m. |
| Bench Trial | March 1, 2021 @ 9:00 a.m. |

The parties have agreed to engage in meaningful settlement discussions to begin with an in-person meeting on March 9, 2020. To allow the parties to engage in meaningful settlement discussions while conserving resources, the parties respectfully request an extension of certain discovery deadlines.

Accordingly, the parties have agreed to propose the following pretrial and trial schedule for the Court's consideration and approval:

### ~~PROPOSED~~ REVISED SCHEDULE

| Event | Deadline |
|---|---|
| Fact discovery cut-off | June 3, 2020 |
| Expert disclosures | June 15, 2020 |
| Rebuttal expert disclosures | July 15, 2020 |
| Expert discovery cut-off | ~~August 2, 2020~~ August 3, 2020 |
| Last day to file summary judgment and *Daubert* motions | ~~August 16, 2020~~ August 17, 2020 |
| Pretrial conference (if warranted after summary judgment) | February 1, 2021 @ 1:30 p.m. |
| Bench Trial | March 1, 2021 @ 9:00 a.m. |

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION AND JOINT ADMINISTRATIVE MOTION FOR [proposed] ORDER REVISING PRETRIAL SCHEDULE

2.

Pursuant to Local Rule 7-11 (providing for administrative motions) and 7-12 (prescribing form of stipulations and proposed orders), the parties respectfully ask the Court to approve the proposed revised schedule.

Respectfully Submitted

Dated: March 3, 2020

PALMER KAZANJIAN WOHL HODSON LLP

By: _____
Larry M. Kazanjian

Attorneys for Defendants Northern California Tile and Stone, Inc. and Roger Leasure

Dated: March 3, 2020

FISHER & PHILLIPS LLP

By: _____
Alden J. Parker

Attorneys for Defendant Selena Leasure

Dated: March 3, 2020

McCRACKEN, STEMERMAN & HOLSBERRY

By: _____
John. J. Davis, Jr.
Sarah Grossman-Swenson

Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __March 6__, 2020

*[Seal: United States District Court, Northern District of California — Judge James Donato]*